

FILED - SOUTHERN ...
CLERK, U.S. DIS...

OCT - 6 2017

CENTRAL DIST... OF CA...
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jesus Antonio Mendoza-Lozoya DEFENDANT(S). | CASE NUMBER SA 17-00340 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __DEFENDANT__, IT IS ORDERED that a detention hearing is set for __October 11__, 2017, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable _____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __October 6, 2017__

U.S. ~~District Judge~~/Magistrate Judge